# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TURNER,<br><br>                Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>               Defendants. | Case No. 1:17-cv-00454-GSA-PC<br><br>**ORDER TRANSFERRING CASE TO NORTHERN DISTRICT OF CALIFORNIA** |

**I. BACKGROUND**

Edward Turner ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on March 30, 2017. (ECF No. 1.)

**II. VENUE**

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, none of the defendants named in the Complaint reside in this district. The claims arose in Richmond, California, located in Contra Costa County, which is in the Northern District of California. Therefore, Plaintiff's claims are properly brought in the United States District Court for the Northern District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

### III. CONCLUSION

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated: **April 13, 2017**          **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE